UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:24cv14186

KAYLEN GREENFIELD
Plaintiff,
v.

MARC D. BRODSKY, THE MARC D. BRODSKY REVOCABLE TRUST, and
MANTHAMAX PROPERTIES, LLC.
Defendants.

## COMPLAINT

Plaintiff, KAYLEN GREENFIELD, by and through undersigned counsel, hereby sues Defendants MARC D. BRODSKY, THE MARC D. BRODSKY REVOCABLE TRUST, and MANTHAMAX PROPERTIES, LLC, on the grounds set forth herein.

## INTRODUCTION

This is a housing harassment case. Marc D. Brodsky operates a residential rental property business. For several years, Ms. Greenfield rented a home from Mr. Brodsky, where she lived with her daughter. Early on in her tenancy, Mr. Brodsky made sexual comments to Ms. Greenfield and offered to take money off her rent if she agreed to have sex with him. Mr. Brodsky also groped Ms. Greenfield's breasts and tried to touch her between her legs, all without her permission. Unable to live with Mr. Brodsky's behavior, Ms. Greenfield moved out. Ms. Greenfield now sues to recover for her injuries.

## JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction over this case under 28 U.S.C. § 1331 because of Ms. Greenfield's federal Fair Housing Act claim

2. This Court has subject-matter jurisdiction over Ms. Greenfield's remaining claims under 28 U.S.C. § 1367 because they arise from the same facts as her federal claim.

3. Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because the relevant events occurred in Martin County and the individual parties reside in Martin County.

## PARTIES

4. Kaylen Greenfield is a person living in Palm City, Florida.

5. Marc D. Brodsky is a person living in Palm City, Florida.

6. Marc D. Brodsky is a beneficiary of the Marc D. Brodsky Revocable Trust.

7. The Marc D. Brodsky Revocable Trust (the "Trust") owns 5000 South West Leighton Farm Avenue in Palm City, Florida 34990.

8. Manthamax Properties, LLC (the "LLC") is a Florida limited-liability company with an address in Palm City, Florida.

## STATEMENT OF FACTS

*Mr. Brodsky's Rental Business*

9. Mr. Brodsky operates a residential rental property business in Palm City, Florida.

10. On information and belief, Mr. Brodsky, the LLC, and the Trust are in the rental business together to turn a profit.

11. On information and belief, Mr. Brodsky, the LLC, and the Trust share profits and losses from the business.

12. Under state law, Mr. Brodsky, the LLC, and the Trust therefore have formed a general partnership (the "Partnership").

13. Mr. Brodsky is the trustee of the Marc D. Brodsky Revocable Trust.

14. Mr. Brodsky is a beneficiary of the Marc D. Brodsky Revocable Trust.

15. The Marc D. Brodsky Revocable Trust owns 5000 South West Leighton Farm Avenue in Palm City, Florida 34990.

*Mr. Brodsky Rents to Ms. Greenfield*

16. Ms. Greenfield met Mr. Brodsky through a cleaning business she owned in Palm City when he hired her to clean one of his properties.

17. While she was cleaning the property, Mr. Brodsky's then fiancé told her Mr. Brodsky had a home available to rent. The fiancé relayed Ms. Greenfield's interest to Mr. Brodsky.

18. The home was located at 5000 South West Leighton Farm Avenue in Palm City, near where Mr. Brodsky lived.

19. Shortly thereafter, in or around August 2020, Ms. Greenfield moved with her daughter into the home.

*Mr. Brodsky Harasses Ms. Greenfield*

20. It wasn't long before Mr. Brodsky began to make Ms. Greenfield uncomfortable.

21. In early 2021, Ms. Greenfield became ill.

22. Mr. Brodsky, who is a physician, told Ms. Greenfield that he had medicine for her, but that he first needed to listen to her heart.

23. While listening to her heart, Mr. Brodsky started to grope Ms. Greenfield's breasts, making her extremely uncomfortable.

24. After that incident, Mr. Brodsky began to make sexual comments towards Ms. Greenfield on a regular basis.

25. He would comment, "I'll take $100 off rent if you let me touch you," and, "If you sleep with me, I'll knock some money off your rent," or similar words.

26. Ms. Greenfield tried to ignore the comments, hoping Mr. Brodsky would realize she was not interested.

27. But he persisted in making sexual comments, including in text messages. He would ask, "Are you naked?" and ask if he could "Cop a feel":

 

28. On one occasion, while Ms. Greenfield was cleaning Mr. Brodsky's home (he remained a client of her cleaning business for much of her tenancy), he again groped her.

29. Mr. Brodsky grabbed her breasts and tried to touch between her legs, but she was able to pull away before he went any further.

30. On other occasions, Mr. Brodsky would ask her to clean naked or offer her more money if she would do other sexual favors for him.

31. Eventually, Ms. Greenfield closed her cleaning business.

32. During that time, Mr. Brodsky unexpectedly raised her rent by $400, leaving Ms. Greenfield struggling to pay her rent on time.

33. Ms. Greenfield called Mr. Brodsky to ask for more time to pay her rent. The next morning, Mr. Brodsky texted her saying he had "other ideas," to help her with her rent problems, but that she "never liked them in the past."

34. Ms. Greenfield understood that he meant she could exchange sex or sexual favors for rent, and told him, "I'm not interested in sexual favors to reduce rent. As I've said in the past it's not me."

35. Mr. Brodsky's actions left Ms. Greenfield living in fear and anxiety. She dreaded going home, as Mr. Brodsky lived on the property where her home was located. She was also scared that if she tried to do something about Mr. Brodsky's sexual advances that she would become homeless with her daughter.

36. By January of 2024, Ms. Greenfield was unable to take Mr. Brodsky's behavior anymore. She moved out of the home, opting instead to rent a single bedroom to share with her daughter.

37. Mr. Brodsky's misconduct has caused Ms. Greenfield past and future mental, emotional, and physical pain and suffering including related bodily injury.

## CLAIMS FOR RELIEF

### Count 1 - Federal Fair Housing Act

Ms. Greenfield against Mr. Brodsky, the Marc D. Brodsky Revocable Trust, and Manthamax Properties, LLC

38. Ms. Greenfield realleges paragraphs 1-37 as if fully alleged herein.

39. Defendants injured Ms. Greenfield by committing discriminatory housing practices

in violation of the Federal Fair Housing Act, Including:

   a. Making a dwelling unavailable because of sex in violation of 42 U.S.C. § 3604(a);

   b. Quid pro quo sexual harassment in violation of 42 U.S.C. 3604(b), § 3604(c), and 24 C.F.R. § 100.600(a)(1);

   c. Hostile environment sexual harassment based on sex in violation of 42 U.S.C. § 3604(b), § 3604(c), and 24 C.F.R. § 100.600(a)(2);

   d. Making discriminatory statements in violation of 42 U.S.C. § 3604(c).

40. Ms. Greenfield is therefore entitled to compensatory damages, punitive damages, declaratory relief, attorneys' fees and costs.

41. Each Defendant is directly liable, vicariously liable, or liable based on state partnership law for these discriminatory housing practices.

## Count 2 – Florida Fair Housing Act

Ms. Greenfield against Mr. Brodsky, the Marc D. Brodsky Revocable Trust, and Manthamax Properties, LLC

42. Ms. Greenfield realleges paragraphs 1-37 as if fully alleged herein.

43. Defendants injured Ms. Greenfield by committing discriminatory housing practices in violation of the Florida Fair Housing Act. Fla. Stat. Ann. § 760.20-37.

44. Ms. Greenfield is therefore entitled to compensatory damages, punitive damages, declaratory relief, attorneys' fees and costs.

45. Each Defendant is directly liable, vicariously liable, or liable based on state partnership law for these discriminatory housing practices.

## Count 3 – Assault

Ms. Greenfield against Mr. Brodsky, the Marc D. Brodsky Revocable Trust, and Manthamax Properties, LLC

46. Ms. Greenfield realleges paragraphs 1-37 as if fully alleged herein.

47. Mr. Brodsky put Ms. Greenfield in imminent apprehension of an intentional, offensive, and unpermitted touching to her person.

48. Each Defendant is directly liable, vicariously liable, or liable based on state partnership law for these discriminatory housing practices.

49. That conduct injured Ms. Greenfield.

50. Ms. Greenfield is therefore entitled to compensatory and punitive damages.

### Count 4 – Battery

Ms. Greenfield against Mr. Brodsky, the Marc D. Brodsky Revocable Trust, and Manthamax Properties, LLC

51. Ms. Greenfield realleges paragraphs 1-37 as if fully alleged herein.

52. Mr. Brodsky battered Ms. Greenfield by intentionally making offensive and harmful contact with her that she did not consent to.

53. Each Defendant is directly liable, vicariously liable, or liable based on state partnership law for these discriminatory housing practices.

54. That conduct injured Ms. Greenfield.

55. Ms. Greenfield is therefore entitled to compensatory and punitive damages.

### Count 5 – Negligence

Ms. Greenfield against the Marc D. Brodsky Revocable Trust and Manthamax Properties, LLC

56. Ms. Greenfield realleges paragraphs 1-37 as if fully alleged herein.

57. Each member of the Partnership had a duty to Ms. Greenfield to train, supervise,

and discipline Mr. Brodsky so as to prevent Mr. Brodsky from sexually harassing Ms. Greenfield.

58. Each member of the Partnership breached those duties, causing Mr. Brodsky's harassment of Ms. Greenfield.

59. The breaches therefore injured Ms. Greenfield.

60. Ms. Greenfield is therefore entitled to compensatory and punitive damages.

## PRAYER FOR RELIEF

61. Ms. Greenfield prays for a judgment with the following relief:

    a. Compensatory damages,

    b. Punitive damages,

    c. Attorneys' fees and costs,

    d. Pre- and post- judgment interest,

    e. Declaratory relief,

    f. All other relief that the court finds just.

## JURY DEMAND

Ms. Greenfield demands a trial by jury.

Date: June 15, 2024

Respectfully submitted,

By: */s/ Denise A. Mutamba*
Denise A. Mutamba
MDM Legal, PLLC
Florida Bar No. 111727
7754 Okeechobee Blvd
Suite 4-3068
West Palm Beach, FL 33411

Office: 561-872-3601
Email: denise@mdmattorneys.com

-and-

Thomas R. Kayes Bar No. 6315461*
THE CIVIL RIGHTS GROUP, LLC
2045 W Grand Ave, Ste B, PMB 62448
Chicago, IL 60612
t. 708.722.2241
tom@civilrightsgroup.com
roz@civilrightsgroup.com

Counsel for Plaintiff

*Pro hac vice application forthcoming